*Joseph Palmieri,* pro se.

November 21, 1967.

M. P. No. 272. ROBERT E. MERCIER, SR., *individually and as father and next friend of* ROBERT E. MERCIER, JR., *a minor.* Motion for leave to file petition for writ of certiorari denied and stay of proceedings in Superior Court vacated. *Kirshenbaum & Kirshenbaum, Alfred Factor, Paul J. Russo,* for plaintiff. *Francis V. Reynolds,* for defendant.

EX. &c. No. 10,684. MICHAEL SCHIAVONE & SONS, INC. *v.* PASQUALE IZZO, *alias.* Appellee's motion to dismiss appellant's appeal granted. *Abraham Goldstein,* for plaintiff-appellee. *John P. Bourcier,* for defendant-appellant.